UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA A. LONGERBEAM, | Case No. 06-CV-0678-W (JMA) |
| Plaintiff, | **ORDER RESETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

On June 6, 2006, this Court issued an order setting a briefing schedule and hearing date on cross-motions for summary judgment in this matter.  Pursuant to that order, Plaintiff filed a Motion for Reversal and/or Remand (construed by the Court as a Motion for Summary Judgment) on August 1, 2006 [Doc. Nos. 7-8].

On or around August 31, 2006, Defendant filed an opposition to Plaintiff's motion [Doc. No. 9], and attempted to file a cross-motion for summary judgment [Doc. Nos. 10-11].  Defendant's points and authorities in support of its cross-motion for summary judgment, however, were rejected for filing via Discrepancy Order due to the memoranda exceeding the length restrictions set forth

in Local Civil Rule 7.1.h [Doc. No. 11].  Defendant has made no attempts to re-file its cross-motion for summary judgment.

In the interests of judicial economy, and to permit this Court to resolve all motions in this matter contemporaneously, the Court resets the briefing schedule and hearing date on cross-motions for summary judgment in this matter as follows:

Defendant must re-file any cross-motion on or before **October 11, 2006**.  Plaintiff must file any opposition to the cross-motion by **October 25, 2006**.  Defendant must file any reply brief on or before **November 1, 2006**.

The matter will be heard on **November 8, 2006** at **9:00 a.m.**  Unless the Court directs otherwise in advance, this matter will be resolved without oral argument and no personal appearances on the hearing date should be made.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.

**IT IS SO ORDERED**.

DATED:  September 29, 2006

Jan M. Adler
U.S. Magistrate Judge