|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |
| CARLA A. LONGERBEAM,<br><br>              Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>              Defendant. | CASE NO. 06-CV-678 W (JMA)<br><br>**ORDER GRANTING REPORT & RECOMMENDATIONS** |

On April 12, 2006, Plaintiff Carla Longerbeam commenced this action seeking review of an administrative decision denying Social Security disability benefits. On referral, the Hon. Jan M. Adler issued a Report and Recommendation ("Report") suggesting that the court grant Longerbeam's motion for reversal and/or remand and deny the government's motion for summary judgment upholding the decision. Parties had until August 3, 2007, to file objections. To date, neither party has submitted an objection or requested additional time. Accordingly, the court will **ADOPT** the Report in its entirety, **GRANT** Longerbeam's motion, and **REMAND** to the Social Security Administration for further proceedings.

The duties of a district court in connection with a magistrate judge's Report and Recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636. The district court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(c); United States v. Raddatz, 447 U.S. 667, 676 (1980); see also Thomas v. Arn, 474 U.S. 140, 150(1985). When no objections are filed, however, the district court need not review the magistrate judge's report and recommendation. Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that the district court had no obligation to review a report); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc) (holding that 28 U.S.C. § 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise").

Here, the government has filed no objections to the Report nor requested an extension of time in which to do so. The court therefore accepts Judge Adler's recommendation and **ADOPTS** the Report in its entirety. For the reasons stated in the Report, the court **GRANTS** Longerbeam's motion for remand, **REVERSES** the decision of the ALJ, and **REMANDS** the case to the Social Security Administration for further proceedings. The Clerk shall close the case file.

**IT IS SO ORDERED.**

DATED: August 15, 2007

_____
Hon. Thomas J. Whelan
United States District Judge